## ATWOOD'S TRANSPORT LINES, INC., *v.* UNITED STATES ET AL.

No. 935.   Decided May 20, 1963.

*James E. Wilson* and *Edward G. Villalon* for appellant.

*Solicitor General Cox, Assistant Attorney General Loevinger, Lionel Kestenbaum* and *Robert W. Ginnane* for the United States and the Interstate Commerce Commission; and *S. Harrison Kahn* for Alexandria, Barcroft & Washington Transit Co., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

## DREXEL *v.* OHIO PARDON AND PAROLE COMMISSION.

No. 975, Misc.   Decided May 20, 1963.

PER CURIAM.

The appeal is dismissed.